UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, IN THEIR CAPACITIES AS TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>PACIFIC COAST MARKINGS, INC., et al.,<br><br>　　　　Defendants. | Case No. 14-cv-02979-PJH   (JCS)<br><br>**ORDER TO SUBMIT ADDITIONAL SUPPLEMENTAL INFORMATION**<br><br>Re: Dkt. No. 25 |

On March 6, 2015, Plaintiffs filed their Supplemental Declaration. Dkt. 34 (Supplemental Declaration of Michelle Lauziere in Support of Plaintiffs' Motion for Default Judgment) as instructed by the Court. However, the Supplemental Declaration is missing (1) Exhibit E (details on interest amounts for September 2011) and (2) the Court's requested interest calculations for September and October 2014, specifically the amount of unpaid contributions for these months, such that the Court can verify Plaintiff's requested interest amounts.

Plaintiffs are ORDERED to submit the following additional supplemental information: (1) Exhibit E and (2) the amount of unpaid contributions for September and October 2014 on which Plaintiffs are calculating interest. Plaintiffs must file their additional supplemental information no later than March 20, 2015.

**IT IS SO ORDERED.**

Dated: March 13, 2015

_____
JOSEPH C. SPERO
Chief Magistrate Judge