UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THE BOARD OF TRUSTEES, et al.,

    Plaintiffs,

    v.

PACIFIC COAST MARKINGS, INC., et al.,

    Defendants,

No. C 14-2979 PJH

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; ORDER GRANTING MOTION FOR DEFAULT JUDGMENT**

The court has reviewed Magistrate Judge Joseph C. Spero's Report and Recommendation re plaintiffs' motion for default judgment. Defendants filed no objections to the report within the time allowed under 28 U.S.C. § 636(b)(1). The court finds the report correct, well-reasoned and thorough, and adopts it in every respect.

Accordingly, the motion for default judgment is GRANTED. In addition, plaintiffs shall recover of defendants Pacific Coast Markings, Inc. and Mark Thomas Bates the sum of $9,767.26 in unpaid contributions; the sum of $1,800.00 in liquidated damages; interest in the amount of $2,949.56; attorneys' fees in the amount of $9,477.50; and costs in the amount of $876.51.

**IT IS SO ORDERED.**

Dated: April 17, 2015

                                                                           PHYLLIS J. HAMILTON
United States District Judge